No. 471. THE PEOPLE v. DÁVILA.—Appeal from the District Court of San Juan, Section 2. Decided November 6, 1912. Judgment affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear.

No. 362. EX PARTE ZAYAS.—Petition for approval of notarial bond executed by the National Surety Company. Decided November 11, 1912. Bond approved. Petitioner appeared *per se.*

No. 452. THE PEOPLE v. LUGO ET AL.—Appeal from the District Court of Mayagüez. Motion by the *fiscal* that certain documents be stricken from the record. Decided November 11, 1912. Motion sustained. *Mr. Charles E. Foote, fiscal,* for The People. *Mr. Rafael López Landrón* for appellant.

No. 904. SANTOS v. FRANCO ET AL.—Appeal from the District Court of San Juan, Section 1. Motion to dismiss appeal. Decided November 12, 1912. Appeal dismissed for noncompliance with section 12 of the Act of Unlawful Detainer of March 9, 1905. *Mr. Francisco Soto Gras* for moving party. *Mr. Luis Freyre Barbosa* for adverse party.

No. 323. EX PARTE RINCÓN.—Petition for approval of the notarial bond executed by the National Surety Company. Decided November 14, 1912. Bond approved. Petitioner appeared *per se.*

No. 271. EX PARTE FAJARDO.—Petition for approval of notarial bond executed by the National Surety Company. Decided November 19, 1912. Bond approved. Petitioner appeared *per se.*